IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| REBEL S. RIHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 5:15cv21 |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The magistrate judge filed a report and recommendation on August 5, 2016, recommending this case be remanded to the Commissioner for further consideration. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.

As such, it is hereby **ORDERED** that:

1. The report and recommendation (ECF No. 16) is **ADOPTED in its entirety**;

2. Plaintiff's motion for summary judgment (ECF No. 11) is **GRANTED in part**;

3. Defendant's motion for summary judgment (ECF No. 13) is **DENIED**;

4. This case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the report and recommendation; and

5. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to counsel of record.

Entered: 08-29-2016

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge